UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE,<br><br>      Plaintiff,<br><br>-against-<br><br>BROWN HARRIS STEVENS RESIDENTIAL MANAGEMENT, LLC, TERRA HOLDINGS, LLC, PAUL HERMAN, *Individually*, and RICHARD HOROVITZ, *Individually*,<br><br>      Defendants. | 25 Civ. 6194 (LAP)<br><u>ORDER</u> |

LORETTA A. PRESKA, Senior United States District Judge:

  The Court is in receipt of Plaintiff's ex parte motion to proceed anonymously, (dkt. no. 4). Plaintiff shall file the motion on the docket and allow Defendants the opportunity to respond.

**SO ORDERED.**

Dated: New York, New York
    July 30, 2025

              */s/ Loretta A. Preska*
              LORETTA A. PRESKA
              Senior United States District Judge