UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES R. ZARATIN,

Plaintiff,

-against-

BROWN HARRIS STEVENS RESIDENTIAL MANAGEMENT, LLC, and TERRA HOLDINGS, LLC,

Defendants.

No. 25 CV 6194 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

It is hereby

ORDERED that counsel are directed to appear in courtroom 12A, 500 Pearl Street, New York, New York, 10007 on December 2, 2026 at 11:00 AM for an Initial Pretrial Conference in the above action.

**SO ORDERED.**

Dated: November 18, 2026
New York, New York

Loretta A. Preska

LORETTA A. PRESKA
Senior United States District Judge